**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Elzbieta Malgorzata BUGAJSKA, Defendant—Appellant.**

No. 04–50204.

D.C. No. CR–02–00344–SVW–01.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 21, 2005.

Andrew Cowan, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

William C. Melcher, Melcher, Melcher & Melcher, Woodland Hills, CA, for Defendant–Appellant.

Before WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM**

Elzbieta Malgorzata Bugajska appeals the 121–month sentence imposed after her

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

guilty-plea conviction to wire fraud, in violation of 18 U.S.C. § 1343; mail fraud, in violation of 18 U.S.C. § 1341; impersonation of a United States judge, in violation of 18 U.S.C. §§ 912, 2; unlawful transfer of identification documents, in violation of 18 U.S.C. § 1028(a)(2); use of a false passport, in violation of 18 U.S.C. § 1542; possession of false naturalization documents, in violation of 18 U.S.C. § 1426(c); and possession of false immigration documents, in violation of 18 U.S.C. § 1546(a). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir. 2005) (en banc).

**REMANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.